**Order entered February 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01004-CR

**NICOLAS STEPHEN LLOYD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-81624-2012**

## ORDER

The State's February 4, 2014 motion to extend time to file a brief is **GRANTED**, and the

State's brief is due in this cause no later than March 11, 2014.

/s/    MOLLY FRANCIS
        PRESIDING JUSTICE